1024

No. 92–5869. JACKSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5872. ANTONELLI v. UNITED STATES PAROLE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 92–6116. MUWWAKKIL v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–6155. STOUT v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 92–6193. BAILEY v. MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 92–6197. WILLIAMS v. DUBOSE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–6202. JACKSON v. PITCHER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–6214. WILSON v. CONSOLIDATED PUBLISHING CO., INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–6217. SAMUELS ET AL. v. RUNDA ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–6219. BELL v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6230. HERMOSILLO v. HERMOSILLO. Sup. Ct. Alaska. Certiorari denied.

No. 92–6232. MILLER v. DUKAKIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–6234. KENH QUANG PHAM v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 92–6235. NORD v. SMITH ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6242. BETKA v. OREGON ET AL. C. A. 9th Cir. Certiorari denied.